IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | |
| Plaintiff, | |
| v. | C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC., d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC, | TRIAL BY JURY OF EIGHT DEMANDED |
| Defendants. | |

## REQUEST FOR INDEPENDENT MEDICAL EXAMINATION

NOW COMES, Defendants, by and through the undersigned, and requests that Plaintiff David Howard Fetterman submit to an independent medical examination before Charles A. Mauriello, D.O., on Monday, April 4, 2005 at 10:30 a.m., at Dr. Mauriello's office located at 2500 Grubb Road, Suite 110, Wilmington, DE 19810.

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00118201.DOC