IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | |
| Plaintiff, | |
| v. | C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC., d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC, | TRIAL BY JURY OF EIGHT DEMANDED |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 3rd day of March, 2005, two copies of the foregoing **REQUEST FOR INDEPENDENT MEDICAL EXAMINATION** delivered via e-file and the manner indicated to the following individual(s):

**Via First Class Mail**
Joseph J. Farnan, III, Esq.
Phillips Goldman & Spence
1200 N. Broom Street
Wilmington, DE  19806

**Via First Class Mail**
Jason Daria, Esq.
Feldman Shepherd Wohlgelernter and Tanner
1845 Walnut Street, 25th Floor
Philadelphia, PA  19103

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00118253.DOC