IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | |
| Plaintiff, | |
| v. | C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC., d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC, | TRIAL BY JURY OF EIGHT DEMANDED |
| Defendants. | |

## REQUEST FOR INDEPENDENT MEDICAL EXAMINATION

NOW COMES, Defendants, by and through the undersigned, and requests that Plaintiff David Howard Fetterman submit to an independent medical examination before Charles A. Mauriello, D.O., on Tuesday, May 3, 2005 at 11:30 a.m., at Dr. Mauriello's office located at 2500 Grubb Road, Suite 110, Wilmington, DE 19810. This examination was previously scheduled to occur on Monday, April 4, 2005.

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00118609.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | |
| Plaintiff, | |
| v. | C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC., d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC, | TRIAL BY JURY OF EIGHT DEMANDED |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 16th day of March, 2005, two copies of the foregoing **REQUEST FOR INDEPENDENT MEDICAL EXAMINATION** delivered via e-file and the manner indicated to the following individual(s):

**Via First Class Mail**
Joseph J. Farnan, III, Esq.
Phillips Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

**Via First Class Mail**
Jason Daria, Esq.
Feldman Shepherd Wohlgelernter and Tanner
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00118609.DOC