IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID HOWARD FETTERMAN | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 04-0927 KAJ |
| | : | |
| CHOICE HOTELS INTERNATIONAL, INC. | : | |
| d/b/a COMFORT INN, COMFORT INN and | : | |
| RESORT HOTEL, LLC | : | |
| | : | |
| Defendants | : | |

### SECOND STIPULATION TO AMEND SCHEDULING ORDER

The parties, by and through their attorneys and subject to the Court's approval, hereby stipulate and agree to amend, by extending certain deadlines for Forty Five (45) days, the October 29, 2004 Scheduling Order, as amended by stipulation filed with the Court February 23, 2005, entered in this matter as follows:

1. The parties shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before May 6, 2005.

2. Any supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party in a Federal Rule of Civil Procedure 26(a)(2) disclosure is due on or before June 6, 2005.

3. All discovery in this case shall be initiated so that it will be completed on or before July 21, 2005.

4. In all other respects, the October 29, 2004 Scheduling Order shall remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| PHILLIPS, GOLDMAN & SPENCE, P.A. | MURPHY, SPADARO & LANDON |
| /s/ Joseph J. Farnan | /s/ Roger D. Landon |
| Joseph J. Farnan, III, Esquire (#3945) | Roger D. Landon, Esquire (#2460) |
| 1200 North Broom Street | 1011 Centre Road, Suite 210 |
| Wilmington, DE 19806 | Wilmington, DE 19805 |
| (302) 655-4200 | (302) 472-8100 |
| Attorney for Plaintiff | Attorney for Defendants |

IT IS HEREBY SO ORDERED.

Date:_____        _____
                             The Honorable Kent A. Jordan