E-Mail Address:
jdaria@fswtlaw.com

March 29, 2005

Honorable Kent A. Jordan
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

**Re:    Fetterman v. Choice Hotels International, Inc.
       <u>U.S. District Court, District of Delaware, Civ. No. 04-0927</u>**

Dear Judge Jordan:

Pursuant to the Court's Scheduling Order of October 29, 2004, I am respectfully submitting this Status Report on behalf of plaintiff in the above matter.

By way of brief background, this is a personal injury, premises liability and negligence action against the defendant hotel for failing to properly install and maintain a headboard (improperly mounted on the wall above one of its beds), which fell and struck plaintiff on the back of the head and neck, causing a cervical (neck) injury.

To date, plaintiff has answered all written discovery, has been deposed, and is scheduled for a defense medical examination (on May 3, 2005, although plaintiff has requested a different date). In addition, plaintiff has served defendant with a notice of deposition for defendant's designee(s) and written discovery, including interrogatories and a request for production of documents. Plaintiff intends to complete this factual discovery by the current discovery deadline of July 21, 2005.

Plaintiff and defendant have discussed and continue to discuss the possibility of settlement of this matter.  If the parties cannot resolve the matter among themselves, the Mediation Conference is scheduled for June 23, 2005.

I would be happy to provide additional information to your Honor at or before the time of the Status Conference scheduled for April 6, 2005.

Thank you for your attention to this matter.

Respectfully,


Jason A. Daria

JAD/emh

cc:   Joseph J. Farnan, III, Esquire
      Roger D. Landon, Esquire
      Clerk's Office