IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | |
| Plaintiff, | |
| v. | C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC., d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC, | TRIAL BY JURY OF EIGHT DEMANDED |
| Defendants. | |

## REQUEST FOR INDEPENDENT MEDICAL EXAMINATION

NOW COMES, Defendants, by and through the undersigned, and requests that Plaintiff David Howard Fetterman submit to an independent medical examination before Alan J. Fink, M.D., on Friday, May 20, 2005 at 8:00 a.m., at Dr. Fink's office located at 774 Christiana Road, Suite 201, Newark, Delaware 19713; telephone number (302) 731-3017. This examination was previously scheduled to occur on May 3, 2005 with Dr. Mauriello.

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00118924.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | |
| Plaintiff, | |
| v. | C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC., d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC, | TRIAL BY JURY OF EIGHT DEMANDED |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 21st day of April, 2005, two copies of the foregoing **REQUEST FOR INDEPENDENT MEDICAL EXAMINATION** delivered via e-file and the manner indicated to the following individual(s):

**Via First Class Mail**
Joseph J. Farnan, III, Esq.
Phillips Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

**Via First Class Mail**
Jason Daria, Esq.
Feldman Shepherd Wohlgelernter and Tanner
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00118924.DOC