IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID HOWARD FETTERMAN,    |

           |

    Plaintiff,    |

           |

v.    |    C.A. No. 04-0927 KAJ

           |

CHOICE HOTELS INTERNATIONAL,    |    TRIAL BY JURY OF EIGHT
INC., d/b/a COMFORT INN, COMFORT |    DEMANDED
INN and RESORT HOTEL, LLC,    |

           |

    Defendants.    |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 3rd day of June, 2005, two copies of the foregoing **DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** delivered via e-file and the manner indicated to the following individual(s):

**Via First Class Mail**
Joseph J. Farnan, III, Esq.
Phillips Goldman & Spence
1200 N. Broom Street
Wilmington, DE  19806

**Via First Class Mail**
Jason Daria, Esq.
Feldman Shepherd Wohlgelernter and Tanner
1845 Walnut Street, 25th Floor
Philadelphia, PA  19103

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00120872.DOC