IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | C.A. No. 04-0927 KAJ |
| : | |
| CHOICE HOTELS INTERNATIONAL, INC. : | |
| d/b/a COMFORT INN, COMFORT INN and : | |
| RESORT HOTEL, LLC : | |
| : | |
| Defendants : | |

## NOTICE OF DEPOSITION

To:  Roger D. Landon, Esquire
**Murphy, Spadaro & Landon**
1011 Centre Road, #210
Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the deposition on oral examination of the <u>**Mary Anne Payne on June 14, 2005 immediately following Eugene Yingling's 1:00 p.m. deposition.**</u> The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under law at the offices of Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, Delaware 19806.

The oral deposition will continue from day-to-day until completed.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
Joseph J. Farnan, III, ESQUIRE (#3945)
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
Attorney for Plaintiff

FELDMAN, SHEPHERD, WOHLGELERNTER & TANNER
Daniel S. Weinstock, Esquire
Jason A. Daria, Esquire
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
(215) 567-8300
Attorneys for Plaintiff

Date: June     , 2005