## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on June   , 2005, two true and correct copies of the foregoing **NOTICE OF DEPOSITION** was served via hand delivery upon the following counsel of record on the date below written.

>Roger D. Landon, Esquire
>Murphy, Spadaro & Landon
>1011 Centre Road, #210
>Wilmington, DE 19805

*/s/ Joseph J. Farnan*
Joseph J. Farnan, III

Dated:  June   , 2005

L:\JJF\FETDA-1\Notice of Deposition.wpd