IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN | : |
| Plaintiff | : |
| v. | :    C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC. d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC | : |
| Defendants | : |

## NOTICE OF DEPOSITION

To:    Roger D. Landon, Esquire
**Murphy, Spadaro & Landon**
1011 Centre Road, #210
Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the deposition on oral examination of the **Eugene Yingling on June 14, 2005 at 1:00 p.m.** The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under law at the offices of Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, Delaware 19806.

The oral deposition will continue from day-to-day until completed.

                                         Respectfully submitted,

                                         PHILLIPS, GOLDMAN & SPENCE, P.A.

                                         /s/ Joseph J. Farnan, III
                                         Joseph J. Farnan, III, Esquire (#3945)
                                         1200 N. Broom Street
                                         Wilmington, DE 19806
                                         (302) 655-4200
                                         Attorney for Plaintiff

2

                                      FELDMAN, SHEPHERD, WOHLGELERNTER & TANNER
Daniel S. Weinstock, Esquire
Jason A. Daria, Esquire
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
(215) 567-8300
Attorneys for Plaintiff

Date: June     , 2005