## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on June  , 2005, two true and correct copies of the foregoing **NOTICE OF DEPOSITION** was served via hand delivery upon the following counsel of record on the date below written.

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

_____
Joseph J. Farnan, III

Dated:  June  , 2005

L:\JJF\FETDA-1\Notice of Deposition for Mary Anne Payne.wpd