IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN | : |
| Plaintiff | : |
| v. | : C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC. d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC | : |
| Defendants | : |

### NOTICE OF SERVICE

Kindly accept the attached Proof of Service for the subpoena on Eugene Yingling at 154 Merchantman Drive, Millsboro, DE 19966 on June 8, 2005.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOSEPH J. FARNAN, III, ESQUIRE (#3945)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

Date: June 9, 2005