## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on June 9, 2005, a copy of the foregoing **NOTICE OF SERVICE** was served via Regular U.S. Mail upon the following counsel of record on the date below written.

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

_____
Joseph J. Farnan, III

Date:  June 9, 2005