## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-927-KAJ |
| CHOICE HOTELS INTERNATIONAL, INC. d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, L.L.C., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **20th** day of **June, 2005**,

IT IS ORDERED that the mediation conference scheduled for Thursday, June 23, 2005 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE