IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | C.A. No. 04-0927 KAJ |
| : | |
| CHOICE HOTELS INTERNATIONAL, INC. : | |
| d/b/a COMFORT INN, COMFORT INN and : | |
| RESORT HOTEL, LLC : | |
| : | |
| Defendants : | |

### NOTICE OF DEPOSITION

To:  Roger D. Landon, Esquire
**Murphy, Spadaro & Landon**
1011 Centre Road, #210
Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the deposition on oral examination of **Dr. Alan Fink[1] on August 31, 2005 at 11:30 a.m.** The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under law at the office of Neurology Associates, P.A., 774 Christiana Road, Suite 201, Newark, DE 19713.

The oral deposition will continue from day-to-day until completed.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Joseph J. Farnan, III
Joseph J. Farnan, III, Esquire (#3945)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

---

[1] Duces Tecum: All documents prepared by, or reviewed by, the witness in connection with formulating his opinions concerning plaintiff, David Howard Fetterman, including any literature reviewed or relied upon by the witness

          FELDMAN, SHEPHERD, WOHLGELERNTER &
          TANNER
          Daniel S. Weinstock, Esquire
          Jason A. Daria, Esquire
          1845 Walnut Street, 25th Floor
          Philadelphia, PA 19103
          (215) 567-8300
          Attorneys for Plaintiff

Date:   August 10, 2005