## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on August 10, 2005, a true and correct copy of the foregoing **NOTICE OF DEPOSITION** was served electronically upon the following counsel of record on the date below written.

>Roger D. Landon, Esquire
>Murphy, Spadaro & Landon
>1011 Centre Road, #210
>Wilmington, DE 19805

/s/ Joseph J. Farnan, III
Joseph J. Farnan, III

Dated: August 10, 2005