IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> CHOICE HOTELS INTERNATIONAL, INC. : <br> d/b/a COMFORT INN, COMFORT INN and : <br> RESORT HOTEL, LLC : <br> : <br> Defendants : | C.A. No. 04-0927 KAJ |

### NOTICE OF SERVICE

I, JOSEPH J. FARNAN, III, hereby certify that on August 30, 2005, a copy of the following document:

**REQUEST FOR A RESPONSE TO THE REQUEST FOR PRODUCTION (SET II)**

was served upon the following counsel of record by hand delivery:

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOSEPH J. FARNAN, III, ESQUIRE (#3945)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

Date: August 30, 2005

L:\JJF\FETDA-I\Notice of Service - Initial Discl.wpd