## CERTIFICATE OF SERVICE

I, JOSEPH J. FARNAN, III, hereby certify that on August 30, 2005, a copy of the

foregoing **NOTICE OF SERVICE** was served via hand delivery upon the following counsel of

record on the date below written.

      Roger D. Landon, Esquire
      Murphy, Spadaro & Landon
      1011 Centre Road, #210
      Wilmington, DE 19805

_____
JOSEPH J. FARNAN, III, ESQUIRE (#3945)

DATED:   August 30, 2005