# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS, JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN III
BRIAN E. FARNAN
MELISSA E. CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington Office
REPLY TO: _____

November 18, 2005

**HAND DELIVERED**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:    Fetterman v. Choice Hotels International, Inc.
              C.A. No. 04-0927
              Our File: FETDA-1

Dear Judge Jordan:

      This firm represents the plaintiff, David Fetterman, in the above case. On Friday, November 18, 2005, the parties were able to reach a settlement in principal. As a result, we respectfully request that Your Honor excuse the parties from filing our Final Pretrial Order on Monday, November 21, 2005. The parties will file the appropriate Stipulation of Dismissal shortly.

      We are available the Court's convenience should Your Honor have any questions.

                                  Respectfully,

                                  JOSEPH J. FARNAN, III

JJF\tap
pc:    Roger Landon, Esquire
        Jason Daria, Esquire
        Clerk of the Court