IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID HOWARD FETTERMAN, | |
| Plaintiff, | |
| v. | C.A. No. 04-0927 KAJ |
| CHOICE HOTELS INTERNATIONAL, INC., d/b/a COMFORT INN, COMFORT INN and RESORT HOTEL, LLC, | TRIAL BY JURY OF EIGHT DEMANDED |
| Defendants. | |

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties, through their counsel, that all claims in the above referenced action are hereby dismissed with prejudice. Each party to bear their own costs.

FELDMAN SHEPHERD WOHLGELERNTER & TANNER

_____
JASON DARIA
1845 Walnut Street, 25th Floor
Philadelphia, PA  19103

MURPHY SPADARO & LANDON

_____
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805

00126158