

**FELDMAN • SHEPHERD**
**WOHLGELERNTER**
**TANNER • WEINSTOCK**

TRIAL LAWYERS

25TH FLOOR, 1845 WALNUT STREET
PHILADELPHIA, PENNSYLVANIA 19103
TEL. 215.567.8300  FAX. 215.567.8333

E-Mail Address:
jdaria@feldmanshepherd.com

CAROL NELSON SHEPHERD
•ALAN M. FELDMAN
†§ EZRA WOHLGELERNTER
•MARK W. TANNER
† DANIEL S. WEINSTOCK
ROBERTA D. PICHINI
† EILEEN RILEY SUTTON
† THOMAS MORE MARRONE
†‡ DANIEL J. MANN
PETER M. NEWMAN
† JASON A. DARIA
† EDWARD S. GOLDIS
CAROLYN M. CHOPKO

OF COUNSEL
SARAH M. THOMPSON

•CERTIFIED CIVIL TRIAL ADVOCATE,
NATIONAL BOARD OF TRIAL ADVOCACY
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER TX BAR
§ ALSO MEMBER NY BAR

December 16, 2005

Honorable Kent A. Jordan
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

Re: Fetterman v. Choice Hotels International, Inc.
<u>U.S. District Court, District of Delaware, Civ. No. 04-0927</u>

Dear Judge Jordan:

This letter will confirm that the above matter has settled. It is respectfully requested that the pretrial conference scheduled for Tuesday, December 20, be removed from the Court's calendar.

Thank you for your attention to this matter.

Respectfully,

Jason A. Daria

JAD/emh

cc:    Joseph J. Farnan, III, Esquire
       Roger D. Landon, Esquire

FELDMAN · SHEPHERD
WOHLGELERNTER
TANNER · WEINSTOCK

25TH FLOOR, 1845 WALNUT STREET
PHILADELPHIA, PENNSYLVANIA 19103

WWW.FELDMANSHEPHERD.COM

1650 U.S. POSTAGE
6842 $00.37 0 DEC 16 2005
7585 MAILED FROM ZIP CODE 19103
PB3555054
PITNEYBOWES

Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

19801+3519-75 C012